UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUKHJIT SINGH MINHAS,

    Plaintiff,

v.

GREGORY W. CHRISTIAN, et al.,

    Defendants.

CASE NO. C07-339RAJ

ORDER

In response to this court's January 7, 2008 order, Plaintiff has submitted a supplemental pleading in which he acknowledges that his pending summary judgment motion (Dkt. # 23) and Defendants' cross-motion for summary judgment (Dkt. # 26) have been rendered moot by Defendants' recent adjudication of Plaintiff's application for adjustment of status.

The court therefore DENIES both motions (Dkt. ## 23, 26) as moot.

Dated this 22nd day of January, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1